518 A.2d 251

**COMMONWEALTH of Pennsylvania**

v.

**Alex WOOTEN, Petitioner.**

Supreme Court of Pennsylvania.

Oct. 30, 1986.

Petition for Allowance of Appeal GRANTED, No. 145 E.D. Appeal Docket 1986.